June 30, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

STATE FARM LLOYDS, Appellant

NO. 14-15-00093-CV             V.

GINGER HANSON, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Ginger Hanson, signed October 23, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, State Farm Lloyds, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.